Paolo Vacaro, Respondent, v. Markus Pollak, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Gaynor and Rich, JJ., concurred; Hirschberg, P. J., not voting.

William K. Voorhees Grain Company, Respondent, v. Thomas Lloyd, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Francis F. Wilson, Jr., and Gilbert K. Harroun, Respondents, v. Paul Weidmann and Caroline Weidmann, His Wife, Appellants.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Delia Wilson, Respondent, v. Alice Wilson, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Louis Cottler and Another, Appellants, v. Morris Wiener, Respondent.— Motion granted, without costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Caroline Crissman, as Executrix, etc., of Henry W. Crissman, Deceased, Respondent, v. Erie Railroad Company, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Edward Greenfield, Respondent, v. Oswin J. Mills, Appellant.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

John Higgins, Appellant, v. Sarah C. Powell and Others, Respondents.— Motion of the respondents denied. Motion of the appellant granted, without costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Judicial Settlement of the Account of William J. Farrell, as Executor, etc., of Leocadie Llado Farrell, so Far as the Same Relates to the Account of Said Leocadie Farrell, Formerly Leocadie Llado, as Executrix of the Estate of Francisco Llado, Deceased. Francisco L. Farrell and Others, Appellants, v. William J. Farrell, as Executor, etc., Respondent.— Motion granted unless the appellants perfect their appeal in time to place the case upon the next calendar of this court and be ready for argument when the cause is reached, in which event the motion is denied, without costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Hayes E. James, Respondent, v. Charles Cranford, Appellant.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Lavinia Lally, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Michael Lavin, Respondent, v. Degnon Contracting Company, Appellant.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Jeremiah F. Lynch, Respondent, v. American Linseed Company, Appellant.— Motion denied, without costs. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Charles Millang, Respondent, v. William H. Donohue, Appellant.— Motion granted on condition that the appellant perfect his appeal within twenty days